# PECHMAN LAW GROUP PLLC
### A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

May 25, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *Ruth Palacios, et al. v. BMS Cat, Inc., et al.*
    No. 21 Civ. 00152 (KPF)

Dear Judge Failla:

We represent Plaintiffs in the above-referenced matter and submit this letter to request a 10-day extension of the deadline to notify the Court of Plaintiffs' position on mediation from today, May 25, 2021 to June 4, 2021.

The reason for this request is that counsel for the parties are still discussing mediation and would appreciate the additional time to continue those discussions. This is the first request for an extension of this deadline, and Defendants' consent to the request.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc: Counsel for Defendants (via ECF)

Application GRANTED.

Dated: May 25, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE