UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RUTH PALACIOS, ARTURO XELO, HERALD :
VELASQUEZ, and PABLO LABRABOR, on behalf :
of themselves and all others similarly situated, : **21 Civ. 00152 (KPF)**
:
Plaintiffs, :
: **NOTICE OF**
-against- : **ACCEPTANCE OF RULE**
: **68 OFFER OF JUDGMENT**
BMS CAT, INC., WYNGATE SERVICE :
MANAGEMENT CORP., NY PRIME :
RESTORATION INC., CAROLINE BONNEN, and :
ZULLY BERNAL, :
:
Defendants. :
------------------------------------------------------------------------ X

To:   Roman Avshalumov, Esq.
      Helen F. Dalton & Associates, P.C.
      80-02 Kew Gardens Road, Suite 601
      Kew Gardens, New York 11415
      (718) 263-9591
      avshalumovr@yahoo.com
      *Attorneys for Defendants Wyngate Service Management Corp.*
      *NY Prime Restoration Inc., Zully Bernal and Caroline Bonnen*

      **PLEASE TAKE NOTICE,** that Plaintiffs Ruth Palacios, Arturo Xelo, Pablo Labrador, Herald Velasquez, Marianna Gutierrez, Alejandro Manjarres, Alejandro Hernandez, and Jose Reyes Arevalo pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accept the attached Offer of Judgment of Defendants Wyngate Service Management Corp., NY Prime Restoration Inc., Zully Bernal and Caroline Bonnen dated and served November 16, 2021 in the above-entitled action.

Dated:  New York, New York
          November 29, 2021

                                    PECHMAN LAW GROUP PLLC

                              By: *Vivianna Morales*
                                  Vivianna Morales
                                  488 Madison Avenue, 17th Floor
                                  New York, New York 10022
                                  Telephone: (212) 583-9500
                                  morales@pechmanlaw.com
                                  *Attorneys for Plaintiffs*