UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

RUTH PALACIOS, ARTURO XELO, HERALD VELASQUEZ, and PABLO LABRABOR, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

BMS CAT, INC., WYNGATE SERVICE MANAGEMENT CORP., NY PRIME RESTORATION INC., CAROLINE BONNEN, and ZULLY BERNAL,

                Defendants.

-------------------------------------------------------------------- X

21 Civ. 00152 (KPF)

**PROPOSED JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs on November 29, 2021; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Ruth Palacios, Arturo Xelo, Pablo Labrador, Herald Velasquez, Marianna Gutierrez, Alejandro Manjarres, Alejandro Hernandez, and Jose Reyes Arevalo, jointly and severally, in the amount of $129,215.50, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: New York, New York
         _____, 2021

                                                         So Ordered:

                                                           _____
                                                           District Judge Katherine Polk Failla