UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

RUTH PALACIOS, ARTURO XELO, HERALD
VELASQUEZ, and PABLO LABRABOR, on behalf
of themselves and all others similarly situated,

                              Plaintiffs,

                -against-

BMS CAT, INC., WYNGATE SERVICE
MANAGEMENT CORP., NY PRIME
RESTORATION INC., CAROLINE BONNEN, and
ZULLY BERNAL,

                            Defendants.

-------------------------------------------------------------------- X

**21 Civ. 00152 (KPF)**

**JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs on November 29, 2021; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Ruth Palacios, Arturo Xelo, Pablo Labrador, Herald Velasquez, Marianna Gutierrez, Alejandro Manjarres, Alejandro Hernandez, and Jose Reyes Arevalo, jointly and severally, in the amount of $129,215.50, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:  November 30, 2021
         New York, New York

So Ordered:

_____
District Judge Katherine Polk Failla